697 A.2d 947

IN THE MATTER OF ROBERT H. OBRINGER,
AN ATTORNEY AT LAW.

August 14, 1997.

**ORDER**

**ROBERT H. OBRINGER** of **MARLTON,** who was admitted to the bar of this State in 1982, having pleaded guilty to a Federal Information charging him with mail fraud, in violation of 18 *U.S.C.A.* § 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ROBERT H. OBRINGER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ROBERT H. OBRINGER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ROBERT H. OBRINGER** comply with *Rule* 1:20–20 dealing with suspended attorneys.